NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1576

JAMES MILLER, SR.

VERSUS

LAFAYETTE CONSOLIDATED GOVERNMENT

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2004-0808
HONORABLE GLENNON P. EVERETT, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Ted David Hernandez
Assistant Attorney General
556 Jefferson St. 4th Floor
Lafayette, LA 70501
(337) 262-1700
Counsel for Defendant/Appellee:
State of Louisiana, thru DOTD

**Richard Riley Montgomery**
**Briney & Foret**
**P. O. Box 51367**
**Lafayette, LA 70505-1367**
**(337) 237-4070**
**Counsel for Defendant/Appellee:**
**Lafayette Consolidated Government**

**Christopher Joseph Piasecki**
**Davidson, Meaux, Sonnier, & McElligott**
**P. O. Drawer 2908**
**Lafayette, LA 70502-2908**
**(337) 237-1660**
**Counsel for Defendant/Appellee:**
**James Construction Group**

**J Arthur Smith, III.**
**Rebecca E. May-Ricks**
**Attorneys at Law**
**830 North St.**
**Baton Rouge, LA 70802**
**(225) 383-7716**
**Counsel for Plaintiff/Appellant:**
**James Miller, Sr.**